# Order

Michigan Supreme Court
Lansing, Michigan

October 17, 2007

130529
130591
130594

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DEBRA JACKSON, Successor Personal
Representative of the Estate of Shirley
Jackson, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
and VENCOR HOSPITAL, a/k/a
KINDRED HOSPITALS EAST,
L.L.C., d/b/a KINDRED HOSPITAL
DETROIT,
            Defendants-Appellees,

and

MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
            Defendants-Appellants,

and

HARPEL S. JANDE, M.D.,
            Defendant.

SC: 130529
COA: 263766
Wayne CC: 04-421501-NH

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,

SC: 130591
COA: 263766
Wayne CC: 04-421501-NH

a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
MICHIGAN HOSPITALISTS, P.C.,
MASOOD AHMAD, M.D., and
HARPEL S. JANDE, M.D.,
                    Defendants-Appellees,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
                    Defendant-Appellant.

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
                    Plaintiff-Appellee,

v                                                              SC: 130594
                                                               COA: 263766
                                                               Wayne CC: 04-421501-NH

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
and MICHAEL S. EICHENHORN, M.D.,
                    Defendants-Appellants,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
                    Defendants-Appellees,

and

HARPEL S. JANDE, M.D.,
                    Defendant.

_____/

By order of July 21, 2006, the application for leave to appeal the January 17, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641). On order of the Court, the case having been decided on June 27, 2007, 478 Mich 412 (2007), the application is again considered and, it appearing to this Court that the case of *Braverman*

*v Garden City Hospital* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

Clerk